[No. 16673–5–I.   Division One.   June 3, 1987.]

*In the Matter of* BABY BOY GALBRAITH.

Appeal from a judgment of the Superior Court for King County, No. 83–7–00539–4, Nancy A. Holman, J., entered June 18, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Grosse, JJ.

[No. 17104–6–I.   Division One.   June 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID EARL STANGLAND, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00525–9, Liem E. Tuai, J., entered September 11, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Williams, J.

[Nos. 15393–5–I; 18781–3–I.   Division One.   June 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK HARMON, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 84–1–01794–1, Francis E. Holman, J., entered September 10, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 17058–9–I.   Division One.   June 3, 1987.]

DELWYN J. NOWAK, ET AL, *Respondents,* v. JAMES A. CLARK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–2–00627–3, Byron L. Swedberg, J., entered September 3, 1985. *Remanded* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Coleman, JJ.